In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under an Agreement Made with PATRICK McGOVERN and Others, Respondent.

EDNA M. CRANE et al., Appellants; RICHARD DRUKKER, JR., et al., Respondents.

Argued October 1, 1946; decided October 17, 1946.

*Jacob M. Mandelbaum* and *Morris Mitchell* for appellants.
*Elmer J. Hoare* for trustee, respondent.

*Charles H. Strong,* guardian ad litem, for Richard Drukker, Jr., and others, infants, respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.